Form mddsig

## UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:      Lashawana Dean Farris
               Debtor

Case No.: 5:08−bk−17627
Chapter: 7
Judge: Richard D. Taylor

### MEMORANDUM OF DOCUMENT DEFICIENCY

TO: Scot P. Goldsholl                        Pleading Number: 140

The following deficiency was found in your recent filing. Failure to cure this deficiency could result in the dismissal of this case, the pleading being stricken, or an order to show cause hearing set.

**Signature:** All pleadings and other papers and documents electronically filed must contain a scanned image of any signature or indicate the signature by putting /s/ and the name of the signatory where the original signature occurs. For example: /s/ John Doe. Please docket an amended pleading containing the required signature.

The Motion for Abandonment entered on 11/3/09 is missing the attorney's signature after the main body of the motion. Please correct as instructed above. If you have any questions, please call Denise at (501) 918−5526. Thanks.

Dated: 11/3/09

                                               Jean Rolfs, Clerk
                                               By: Denise Tafoya
                                               Deputy Clerk